IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
TALLAHASSEE  DIVISION

**MATTHEW W. SIMPSON,**

    **Plaintiff**

vs.                                                                                          No. 4:07CV109-RH/AK

**UNITED STATES DEPARTMENT
OF AGRICULTURE-FOREST SERVICE,**

    **Defendant**
_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause *pro se* alleging that his former employer, the United States Department of Agriculture-Forest Service, violated the Freedom of Information Act (FOIA), 5 U.S.C. §552.  The agency has answered the complaint (doc. 8) and moved to dismiss the other individual named as defendant in the complaint, John L. Gregory, an employee of the agency.  (Doc. 7).  In the motion to dismiss, the agency submits that the FOIA does not support a private cause of action against an individual, and as such John L. Gregory should be dismissed since the agency is the only proper party to this cause.  See 5 U.S.C. § 552(a).  Plaintiff has not responded or otherwise opposed this motion.

Under the FOIA, each government agency is charged with promulgating and publishing rules for the public to use to obtain copies of documents held by that agency and for making the determination whether to provide the documents requested or withhold them pursuant to the enumerated exceptions to disclosure set forth in the

statute.  5 U.S.C. §552 (a).  Thus, it is the federal department or agency that is the only proper defendant in actions arising under the FOIA.  See <u>Emory v. United States Department of Housing and Urban Development</u>, 2007 WL 1424893 (D. Hawaii); and <u>Lawrence v. Commissioner of Internal Revenue Service</u>, 2000 WL 637351 (C.D. Cal.).

In light of the foregoing, it is respectfully **RECOMMENDED** that defendant John L. Gregory, an employee of the United States Department of Agriculture-Forest Service, be **DISMISSED** as a defendant in this cause of action, and that this cause be **REMANDED** to the undersigned for further proceedings against the United States Department of Agriculture-Forest Service.

**IN CHAMBERS** at Gainesville, Florida, this <u>3rd</u> Day of July, 2007.

<u>S/ A Kornblum</u>
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**