IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW W. SIMPSON,

    Plaintiff,

v.                                CASE NO.  4:07cv109-RH/AK

UNITED STATES DEPARTMENT
OF AGRICULTURE-FOREST SERVICE,

    Defendant.

_____/

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT GREGORY

This matter is before the court on the magistrate judge's report and recommendation (document 10), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. All claims against defendant John L. Gregory are DISMISSED. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b). This matter is remanded to the magistrate judge for further proceedings.

*Page 2 of 2*

SO ORDERED this 6th day of August, 2007.

s/Robert L. Hinkle
Chief United States District Judge

*Case No: 4:07cv109-RH/AK*